# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| HOLY BAND OF INSPIRATION DELIVERANCE TEMPLE, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHURCH MUTUAL INSURANCE COMPANY, <br><br> Defendant. | CV 221-030 |

### ORDER

Before the Court is Plaintiff Holy Band of Inspiration Deliverance Temple, Inc.'s motion to dismiss, dkt. no. 32, wherein it moves the Court for leave to dismiss all claims asserted in this action without prejudice. After consideration, and there being no objection by Defendant Church Mutual Insurance Company, the Court **GRANTS** the motion. Accordingly, all claims asserted in this action are **DISMISSED without prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to terminate all pending motions and close this case.

**SO ORDERED**, this 6th day of September, 2022.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA